NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRESIDIO COMPONENTS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**AMERICAN TECHNICAL CERAMICS CORP.,**
*Defendant-Appellant.*

---

2010-1355, 2011-1089

---

Appeals from the United States District Court for the Southern District of California in case no. 08-CV-0335, Chief Judge Irma E. Gonzalez.

---

## ON MOTION

---

## ORDER

American Technical Ceramics Corp. moves for a 60-day extension of time, until June 1, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

__FEB 1 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brett A. Schatz, Esq.
Marvin S. Gittes, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 7 2011

JAN HORBALY
CLERK